IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:17CR259 |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| CAMERON SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

It appears to the Court that a public law placement at Dismas Charities, 420 Chambers St, Sioux City, IA 51101 on Wednesday, July 29, 2020 is appropriate.

The Court hereby ORDERS the Defendant's release to a public law placement on the same terms and conditions of his supervised release with the following additional condition: The Defendant shall reside at Dismas Charities, 420 Chambers St, Sioux City, IA 51101, a residential reentry center (RRC), for a period of up to 180 days in the correctional component, to commence at the direction of the probation officer. The Defendant shall observe all rules of that facility. The probation officer may discharge the Defendant earlier than 180 days if the Defendant is determined to be in full compliance with the conditions of supervision.

The United States Marshal shall release the Defendant from Douglas County Corrections with a thirty-day supply of medications. Upon release, the Defendant's mother, Crystal Coffman, will pick Mr. Smith up from the U.S. Marshal's Office, Hruska Federal Courthouse at approximately 10:00 a.m. on July 29th, 2020, for direct transport to Siouxland Community Health Center (1021 Nebraska St, Sioux City, IA 51105) for a

rapid result COVId-19 test. Once the negative result is obtained (usually 4-6 hours), he will report directly to Dismas Charities, 420 Chambers St, Sioux City, IA 51101.

DATED this 22nd day of July 2020.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge